IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| REBEL K. LEE, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT TOOLE; STANLEY WILLIAMS; T. BOBBITT; J. BREWTON; MR. SMITH; MR. CHAMBERS; MR. DELOACH; MS. JACKSON; SMITH; D. BROOM; SHUEMAKE; HUNT; BRITTNEY FURGESON; and LISA FOUNTAIN, <br><br> Defendants. | CIVIL ACTION NO.: 6:15-cv-96 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 13) to which Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge, is adopted as the opinion of the Court and Plaintiff's Objections (doc. 14) are **OVERRULED**.

The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities and **DENIES** Plaintiff's Motion for a Preliminary Injunction (doc. 2). Plaintiff's claims for monetary relief against Defendants in their individual capacities as well as his claims for injunctive relief against Defendants in their official capacities shall proceed.

**SO ORDERED**, this 4th day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA