IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| REBEL K. LEE,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT TOOLE; STANLEY WILLIAMS; T. BOBBITT; J BREWTON; MR. SMITH; MR. CHAMBERS; MR. DELOACH; MS. JACKSON; SMITH; D. BROOM; SHUEMAKE; HUNT; OFFICER BRITNEY FERGUSON; and LISA FOUNTAIN,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-96 |

## ORDER

Plaintiff, who is currently housed at Telfair State Prison in Helena, Georgia, filed a cause of action pursuant to 42 U.S.C. § 1983 contesting certain conditions of his confinement while he was housed at Georgia State Prison in Reidsville, Georgia. (Doc. 1.) The Magistrate Judge directed service of Plaintiff's Complaint upon the Defendants by Order dated January 11, 2016, but recommended the Court dismiss Plaintiff's monetary damages claims against Defendants in their official capacities and deny Plaintiff's motion for injunctive relief. (Doc. 13.) The Court adopted the Magistrate Judge's Report and Recommendation over Plaintiff's Objections. (Doc. 19.) In accord with the Magistrate Judge's directives regarding service of Plaintiff's Complaint, the United States Marshals Service sent Waiver of Service forms to the named Defendants. Out of the fourteen named Defendants, executed Waivers of Service have been filed as to eight Defendants. (Docs. 23–31.) The answers of these Defendants are due to be filed on or before March 28, 2016. On March 11, 2016, Plaintiff filed a Motion to Dismiss his

Complaint, without prejudice, before any answers are to be filed. (Doc. 32.) Plaintiff also requests that the Court remove all traces of his Complaint from the records of this Court. (Id. at p. 1.)

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** Plaintiff's Motion to Dismiss, (doc. 32), and **DISMISSES** this cause of action. However, there is no authority, much less reason, for the Court to remove all traces of this cause of action from the Court's records. Thus, the Court **DENIES** that request. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28th day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2